EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 171 |
| Raúl J. Escudero Villeta | 179 DPR _____ |

Número del Caso: TS-5677

Fecha: 13 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

5677

Raúl J. Escudero Villeta

Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a  13 de agosto de 2010

Examinada la  Moción    Solicitando    Baja Voluntaria   presentada  por  el  Lcdo.  Raúl  J. Escudero Villeta, así como la comunicación de la Procuradora  General,  se    autoriza  su  baja voluntaria.

Publíquese.

Lo  acordó  el  Tribunal  y  certifica  la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo